```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

      IN RE:                                     CASE NO. 07 B 22056
         GUSTAVO PAQUE
                                                 CHAPTER 13

                                                 JUDGE: A. BENJAMIN GOLDGAR

              Debtor
         SSN XXX-XX-9935


      ------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
      ------------------------------------------------------------------------------
           Glenn Stearns, Chapter 13 Standing Trustee, submits the following
      Final Report and Account of the administration of the estate pursuant to
      11 USC 1302(b)(1).

          1.  The case was filed on 11/26/07 .

          2.  The case was dismissed after confirmation, 02/22/2008.


      ------------------------------------------------------------------------------
      CREDITOR NAME              CLASS          CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                    PAID           PAID
      ------------------------------------------------------------------------------
      WILSHIRE CREDIT CORP     CURRENT MORTG          .00              .00            .00
      WILSHIRE CREDIT CORP     MORTGAGE ARRE   NOT FILED               .00            .00
      NICOR GAS                UNSECURED       NOT FILED               .00            .00
      SEARS BKRUPTCY RCVRY MGM UNSECURED       NOT FILED               .00            .00
      VAN RU CREDIT            UNSECURED       NOT FILED               .00            .00
              Summary of disbursements:
      ------------------------------------------------------------------------------
                               SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
      ------------------------------------------------------------------------------
      TOTAL CLMS ALLOWED          .00          .00          .00          .00           .00
      PRINCIPAL PAID              .00          .00          .00          .00           .00
      INTEREST PAID               .00          .00          .00          .00           .00
      TOTAL PAID                  .00          .00          .00          .00           .00
      The Debtor's attorney, THOMAS R HITCHCOCK            , was allowed $    3500.00
      and was paid $     635.50   direct and $      .00  through the plan.

      The Trustee received $          .00 .

      Refunds to the Debtor totaled $         .00 .

           Wherefore, the Trustee requests an order be entered discharging
      the Trustee and the surety on his bond from any further liability
      in this case.



         Dated: 05/21/08              /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE
```

```
                                              PAGE   2
        CASE NO. 07 B 22056 GUSTAVO PAQUE
```