UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 22056
   GUSTAVO PAQUE
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
      Debtor
   SSN XXX-XX-9935
```

--------------------------------------------------------------------------------
           TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/26/07 .

2. The case was dismissed without confirmation, 02/22/2008.

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WILSHIRE CREDIT CORP | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, THOMAS R HITCHCOCK            , was allowed $   3500.00 and was paid $     635.50   direct and $       .00  through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/19/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                                          PAGE   2
       CASE NO. 07 B 22056 GUSTAVO PAQUE
```